UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case File No.: 14-CR-138 (SRN) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE JIMENEZ-GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Motion for Extension of applicable time limits to submit his sentencing position paper [Doc. No. 18].

**IT IS HEREBY ORDERED** that:

The defendant's motion is **GRANTED**. The parties have until September 15, 2014 to file their position pleadings.

Dated: September 9, 2014

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge